.HARRIET M. WAIT, as Executrix, etc., et al., Respondents, *v.*
SARAH A. CERQUA et al., Appellants.

(Submitted December 3, 1889; decided December 17, 1889.)

APPEAL from judgment of the General Term of the
Supreme Court in the second judicial department, in favor of
plaintiff, entered upon an order made February 15, 1889, upon
.a case submitted under section 1274 of the Code of Civil
Procedure.

*William D. Veeder* for appellants.

*Howard St. C. Wait* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.